UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
AUG -5 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

WORLDWIDE MACHINERY, L.P.,

*Plaintiff(s)*
v.

Civil Action No. 5:19-CV-208

COLUMBIA GAS TRANSMISSION, LLC,

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award ☐ Judgment costs ☐ Other

This action was:

☐ tried by jury ☐ tried by judge ☒ decided by judge

decided by Judge John Preston Bailey

IT IS ORDERED that the motion to DISMISS filed by defendant, Columbia Gas Transmission, LLC, is GRANTED; that the Complaint is DISMISSED WITH PREJUDICE; that Judgment is entered in favor of said defendant; that Plaintiff shall recover nothing; and that this civil action is DISMISSED and STRICKEN from the active docket of this Court.

Date: 8/5/2019

*CLERK OF COURT*
Cheryl Dean Riley   *S.O. Abraham*
By: S. O. Abraham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*